654

Circuit Court of Appeals for the Second Circuit denied. *Mr. Forrest E. Single* for petitioners. *Mr. Roscoe H. Hupper* for respondents.

No. 420. SIELCKEN-SCHWARZ *v.* AMERICAN FACTORS, LTD.; and

No. 421. ISENBERG *v.* SAME. November 7, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Dean Hill Stanley* and *Brainard Avery* for petitioners. *Messrs. Allen S. Hubbard, Alfred Sutro, W. H. Lawrence,* and *Eugene M. Prince* for respondent.

No. 422. INSURANCE BUILDING CORP. *v.* LUCKENBACH STEAMSHIP CO., INC. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Robert H. Hopkins* for petitioner. *Mr. W. Parker Jones* for respondent.

No. 425. KAISER ET AL. *v.* UNITED STATES. November 7, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. George W. Peterson* for petitioners. Solicitor General Thacher, Assistant Attorney General Youngquist, and *Messrs. Paul D. Miller, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 353. LANE *v.* VOORHIES, ATTORNEY GENERAL OF MICHIGAN. November 7, 1932. Petition for writ of cer-